# Federal Public Defender

Western District of Texas

| | | |
|---|---|---|
| **Maureen Scott Franco**<br>Federal Public Defender | Richard C. White Federal Building<br>700 E. San Antonio Avenue, Suite D-401<br>El Paso, Texas 79901-7020 | Telephone<br>(915) 534-6525<br>Toll Free<br>(855) 666-1510 |
| Judy F. Madewell<br>First Assistant | December 03, 2025 | Facsimile<br>(915) 534-6534 |
| Reginaldo Trejo, Jr.<br>Edgar Holguin<br>*El Paso*<br>Supervisory Assistants | | San Antonio<br>Austin<br>Del Rio<br>Pecos<br>Alpine |

U.S. District Clerk
U.S. Courthouse
525 Magoffin Avenue
El Paso, TX 79901

**RE: Assignment of Defense Counsel In
USA vs. Gabriel Mendez-Aguilar
Cause No.:  EP-25-MJ-06635 RFC**

Dear Sir/Madam:

    Please be advised that I, Assistant Federal Public Defender, Christina Norton, am Assigned to the above-referenced case.

Very truly yours,

Maureen Scott Franco
Federal Public Defender

/s/

Christina Norton
Assistant Federal Public Defender